# EXHIBIT 1

Int. Cl.: 9

Prior U.S. Cl.: 21

# United States Patent Office

**Reg. No. 992,401**
Registered Sept. 3, 1974

## TRADEMARK
### Principal Register

## BEOLAB

Bang & Olufsen of America, Inc. (Delaware corporation)
2271 Devon Ave.
Elk Grove Village, Ill.   60007

For: CONSUMER E L E C T R O N I C S GOODS—
NAMELY, AUDIO AMPLIFIERS—in CLASS 21 (INT.
CL. 9).

First use at least as early as June 1970; in commerce
at least as early as June 1970.

Ser. No. 456,631, filed May 7, 1973.

B. C. WASHINGTON, Examiner

Int. Cl.: 9

Prior U.S. Cl.: 21

## United States Patent Office

Reg. No. 993,731

Registered Sept. 24, 1974

## TRADEMARK
### Principal Register

## BEOMASTER

Bang & Olufsen of America, Inc. (Delaware corporation)
2271 Devon Ave.
Elk Grove Village, Ill.   60007

For: CONSUMER ELECTRONICS GOODS—NAMELY, FM AND AM TUNERS AND AMPLIFIER COMBINATIONS—in CLASS 21 (INT. CL. 9).

First use at least as early as June 1970; in commerce at least as early as June 1970.

Ser. No. 456,661, filed May 7, 1973.

B. C. WASHINGTON, Examiner

Int. Cl.: 9

Prior U.S. Cl.: 21

Reg. No. 1,481,463

## United States Patent and Trademark Office

Registered Mar. 22, 1988

## TRADEMARK
### PRINCIPAL REGISTER

## BEOVISION

BANG & OLUFSEN A/S (DENMARK CORPO-
RATION)
PETER BANGS VEJ 15
STRUER, DENMARK

FOR: TELEVISIONS AND TELEVISION
MONITORS, IN CLASS 9 (U.S. CL. 21).

OWNER OF DENMARK REG. NO. 3100–1963,
DATED 12–21–1963, EXPIRES 12–21–1993.

SER. NO. 665,738, FILED 6–10–1987.

JODY HALLER DRAKE, EXAMINING ATTOR-
NEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,340,801

Registered Apr. 11, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## BEOSOUND

BANG & OLUFSEN HOLDING A/S (DEN-MARK LIMITED LIABILITY COMPANY)
PETER BANGS VEJ 15
7600 STRUER, DENMARK

  FOR: ELECTRONIC CONSUMER GOODS NAMELY AUDIO RECORDING AND REPRO-DUCTION EQUIPMENT COMPRISING RADIO, COMPACT DISC PLAYER AND TAPE RE-CORDER, LOUDSPEAKERS AND HEAD-PHONES THEREFOR, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).
  OWNER OF DENMARK REG. NO. VR00.7641996, DATED 2–2–1996, EXPIRES 2–2–2006.
  OWNER OF U.S. REG. NOS. 992,401 AND 1,719,239.

  SER. NO. 75–665,070, FILED 3–22–1999.

SHARON MEIER, EXAMINING ATTORNEY

Int. Cls.: 9, 38 and 39

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, 101, 104 and 105

**United States Patent and Trademark Office**

Reg. No. 3,616,152

Registered May 5, 2009

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

# BEOMASTER

BANG & OLUFSEN A/S (DENMARK PUBLIC LIMITED COMPANY)
PETER BANGS VEJ 15
POSTBOKS 40; DK-7600 STRUER
DENMARK

FOR: ELECTRIC AND ELECTRONIC APPARATUS AND APPLIANCES FOR ANALOGUE, DIGITAL OR OPTICAL RECEPTION, PROCESSING, REPRODUCTION, REGULATION OR DISTRIBUTION OF LIGHT, SOUND OR PICTURE SIGNALS, NAMELY, TELEVISION SETS, TELEVISION SETS WITH BUILT-IN VCR PLAYER, DVD PLAYERS, AMPLIFIERS, RADIO RECEIVERS AND HARDWARE AND SOFTWARE FOR ENABLING A CONNECTION TO THE INTERNET; TELEVISION SETS, RADIO RECEIVING SETS, NAMELY, RADIO RECEIVERS; RADIOS FOR AUTOMOBILES; AMPLIFIERS; LOUDSPEAKERS, LOUDSPEAKERS WITH BUILT IN AMPLIFIERS; CABINETS FOR LOUDSPEAKERS; ELECTRONIC CONTROL UNITS FOR REGULATION OF SOUND SIGNALS; CONTROL UNITS FOR STORAGE AND MANAGING OF LIGHT, SOUND OR PICTURE SIGNALS NAMELY, ELECTRONIC CONTROL PANELS FOR REGULATION OF LIGHT, SOUND OR PICTURE SIGNALS; ELECTRONIC CONTROL PANELS FOR STORAGE AND MANAGING OF LIGHT, SOUND OR PICTURE FILES; TAPE RECORDERS AND PLAYERS, RECORD PLAYERS; COMPACT DISC RECORDERS AND PLAYERS; BLANK MAGNETIC DATA CARRIERS; PRE-RECORDED MAGNETIC DATA CARRIERS OF STORED SIGNALS FEATURING, SOUND, PICTURES, TEXTS, AND FILMS; TELEPHONES, TELEPHONES WITH BUILT-IN ANSWERING MACHINES, ANSWERING MACHINES, TELEPHONES WITH BUILT IN CAMERAS AND MONITORS, TELEPHONES FOR TRANSMISSION OF DATA THROUGH THE INTERNET AND OTHER NETWORKS; TELECOMMUNICATION EQUIPMENT, NAMELY, TELECOMMUNICATION CABLES, TELECOMMUNICATION EXCHANGERS, TELECOMMUNICATION SWITCHES AND TELECOMMUNICATION TOWERS; REMOTE CONTROL FOR RADIOS, TELEVISIONS, STEREOS AND COMPUTERS; ELECTRICAL CABLE INSTALLATIONS COMPRISED OF ELECTRIC WIRES, ELECTRIC SOCKETS, ELECTRIC DIMMERS AND VOLTAGE REGULATORS; ELECTRIC AND ELECTRONIC APPARATUS AND APPLIANCES FOR DATA PROCESSING AND FOR INPUT, OUTPUT AND STORAGE OF DATA, NAMELY, DATA PROCESSORS; COMPUTERS; BLANK MAGNETIC AND OPTICAL DATA CARRIERS; COMPUTER PROGRAMS RECORDED ON TAPES, CARDS, DISCS OR OTHER MEDIA FOR USE IN AMPLIFIERS AND TRANSFORMERS FOR AMPLIFICATION; DISC STORAGE CONTAINERS; WORD PROCESSORS; AND WORD PROCESSING EQUIPMENT; COMPUTER SOFTWARE FOR ELECTRIC AND ELECTRONIC APPARATUS AND APPLIANCES, NAMELY, SOFTWARE TO CONTROL AND IMPROVE AUDIO AND VIDEO EQUIPMENT SOUND QUALITY; PARTS AND FITTINGS FOR THE AFOREMENTIONED GOODS TO BE SOLD AS A UNIT WITH THE GOODS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: TELECOMMUNICATION SERVICES, NAMELY, PROVIDING MULTIPLE-USER ACCESS TO LOCAL AND GLOBAL COMPUTER NETWORKS; ELECTRONIC MAIL SERVICES; VOICE MAIL SERVICES; ELECTRONIC TRANSMISSION OF MESSAGES, PICTURES AND MUSIC VIA COMPUTER NETWORKS; PROVIDING ON-LINE ELECTRONIC BULLETIN BOARDS AND CHAT ROOMS FOR TRANSMISSION OF MESSAGES AMONG COMPUTER USERS CONCERNING VIDEO, AUDIO, COMPUTER AND TELECOMMUNICATIONS EQUIPMENT, SYSTEMS AND SERVICES RELATED THERETO; PROVIDING TELECOMMUNICATIONS CONNECTIONS TO COMPUTER NETWORKS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FOR: ELECTRONIC STORAGE OF DIGITALLY-STORED DATA SUCH AS MUSIC FILES, FILMS AND SOFTWARE, IN CLASS 39 (U.S. CLS. 100 AND 105).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 3-9-2007 IS CLAIMED.

OWNER OF U.S. REG. NOS. 993,731, 3,537,191 AND OTHERS.

SER. NO. 79-044,792, FILED 6-12-2007.

OWNER OF INTERNATIONAL REGISTRATION 0940043 DATED 6-12-2007, EXPIRES 6-12-2017.

MYRIAH HABEEB, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21 and 36

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 1,006,022

Registered Mar. 4, 1975

Renewal Term Begins Mar. 4, 1995

## TRADEMARK
## PRINCIPAL REGISTER

### BANG & OLUFSEN

BANG & OLUFSEN HOLDING A/S (DENMARK CORPORATION)
PETER BANGS VEJ 15
7600 STRUER, DENMARK, BY ASSIGNMENT AND CHANGE OF NAME FROM BANG & OLUFSEN OF AMERICA, INC. (DELAWARE CORPORATION) ELK GROVE VILLAGE, IL

FOR: CONSUMER ELECTRONIC GOODS—NAMELY, FM AND AM TUNERS AND AMPLIFIERS, RADIOS, MICROPHONES AND LOUDSPEAKERS, IN CLASS 21 (INT. CL. 9).

FIRST USE 10-0-1957; IN COMMERCE 10-0-1957.

FOR: PHONOGRAPHS, PHONOGRAPH PICK-UPS, AND TAPE RECORDERS, IN CLASS 36 (INT. CL. 9).

FIRST USE 10-0-1957; IN COMMERCE 10-0-1957.

SER. NO. 72-456,663, FILED 5-7-1973.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 6, 1995.*

COMMISSIONER OF PATENTS AND TRADEMARKS

**Int. Cls.: 9, 10, 15, 20, 35, 37, 38, 39, 41 and 42**

**Prior U.S. Cls.: 2, 13, 21, 22, 23, 25, 26, 32, 36, 38, 39, 44, 50, 100, 101, 102, 103, 104, 105, 106 and 107**

**Reg. No. 3,063,786**

## United States Patent and Trademark Office

**Registered Feb. 28, 2006**

TRADEMARK
SERVICE MARK
PRINCIPAL REGISTER

# BANG & OLUFSEN

BANG & OLUFSEN A/S (DENMARK A PUBLIC LIMITED COMPANY)
PETER BANGS VEJ 15
POSTBOKS 40; DK-7600 STRUER
DENMARK

FOR: ELECTRIC AND ELECTRONIC APPARATUS AND APPLIANCES, NAMELY AUDIO AND VIDEO RECORDING, REPRODUCTION AND TRANSMISSION EQUIPMENT, NAMELY RADIOS, RADIO RECEIVERS, PLAYERS AND RECORDERS FOR CDS, MINI-DISCS AND MP3 FILES, COMPACT DISC PLAYERS, DVD PLAYERS, VIDEO CASSETTE PLAYERS, TAPE RECORDERS, LOUD SPEAKER SYSTEMS, POWER TRANSFORMERS FOR AMPLIFICATION LOUDSPEAKERS, HEADPHONES, EARPHONES AND REMOTE CONTROLS THEREOF; TELEVISION SETS; RADIO RECEIVING SETS; RADIOS FOR AUTOMOBILES; AMPLIFIERS, LOUDSPEAKERS, LOUDSPEAKERS WITH BUILT-IN AMPLIFIERS; CABINETS FOR LOUDSPEAKERS; ELECTRONIC CONTROL UNITS FOR REGULATION OF SOUND SIGNALS; TAPE, RECORD OR DISC RECORDERS OR PLAYERS, TELEPHONES, TELEPHONES WITH BUILT-IN ANSWERING MACHINES, TELEPHONE ANSWERING MACHINES; TELEPHONES WITH BUILT-IN CAMERAS AND MONITORS, TELEPHONES FOR TRANSMISSION OF DATA THROUGH THE INTERNET AND OTHER NETWORKS; TELECOMMUNICATION EQUIPMENT, NAMELY, TELECOMMUNICATION CABLES, TELECOMMUNICATION EXCHANGERS, TELECOMMUNICATION SWITCHES, TELECOMMUNICATIONS AND DATA NETWORKING HARDWARE, NAMELY DEVICES FOR TRANSPORTING AND AGGREGATING VOICE, DATA, AND VIDEO COMMUNICATIONS ACROSS MULTIPLE NETWORK INFRASTRUCTURES AND COMMUNICATIONS PROTOCOLS, TELECOMMUNICATIONS TRANSMITTERS; ELECTRICAL CABLE INSTALLATIONS; ELECTRIC AND ELECTRONIC APPARATUS AND APPLIANCES FOR DATA PROCESSING AND FOR INPUT, OUTPUT AND STORAGE OF DATA, NAMELY, CENTRAL PROCESSING UNITS FOR PROCESSING INFORMA-

TION, DATA, SOUND OR IMAGES; BLANK MAGNETIC AND OPTICAL DATA CARRIERS, COMPUTER PROGRAMS RECORDED ON TAPES, CARDS, DISCS OR OTHER MEDIA FOR USE IN AMPLIFIERS AND TRANSFORMERS FOR AMPLIFICATION, DISC STORAGE CONTAINERS, SOFTWARE FOR ELECTRIC AND ELECTRONIC APPARATUS AND APPLIANCES, NAMELY, SOFTWARE TO CONTROL AND IMPROVE AUDIO AND VIDEO EQUIPMENT SOUND QUALITY, DOWNLOADABLE APPLICATION SERVICES PROVIDER SOFTWARE FOR THE UPLOADING AND DOWNLOADING OF DIGITAL FILES SUCH AS MUSIC FILES FROM A DATABASE TO PERSONAL COMPUTER, MP3 PLAYERS AND MOBILE TELEPHONES, AND SOFTWARE FOR USE IN LINKING AUDIO AND VIDEO EQUIPMENT, AND PARTS THEREFOR, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: MEDICAL APPARATUS AND UNITS FOR DOSAGE, MEASURING AND MONITORING, NAMELY, DRUG DELIVERY DEVICES AND/OR SYSTEMS, NEEDLE-BASED AND NEEDLE-FREE INJECTION SYSTEMS AND PARTS THEREFOR, PORTABLE INHALERS SOLD EMPTY AND PARTS THEREFOR, AND TABLET DISPENSERS; DIAGNOSTIC SYSTEMS, NAMELY, STETHOSCOPES AND BLOOD PRESSURE METERS; AND TELEMEDICINE DEVICES CONNECTED TO COMPUTER NETWORKS THAT PROVIDE MEDICAL INFORMATION, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FOR: MUSICAL INSTRUMENTS; MUSICAL INSTRUMENTS WITH BUILT-IN AMPLIFIERS, IN CLASS 15 (U.S. CLS. 2, 21 AND 36).

FOR: FURNITURE, FURNITURE FOR MUSIC INSTRUMENTS; SALE AND DISPLAY COUNTERS, FURNITURE FOR AUDIO-VISUAL APPARATUS, SHOP FURNITURE; AND PARTS THEREFOR, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FOR: ORGANIZING EXHIBITIONS PROVIDING INFORMATION PERTAINING TO VIDEO, AUDIO, COMPUTER AND TELECOMMUNICATIONS

EQUIPMENT, SYSTEMS AND SERVICES RELATED THERETO; BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION; RETAIL STORE SERVICES AND ONLINE RETAIL STORE SERVICES IN THE FIELD OF AUDIO-VISUAL PRODUCTS, TELEPHONES, COMPUTERS, MEDICINAL APPARATUS AND FURNITURE, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FOR: REPAIR AND INSTALLATION SERVICES IN THE FIELD OF CONSUMER ELECTRIC AND ELECTRONIC APPARATUS AND APPLIANCES INCLUDING ELECTRICAL CABLE INSTALLATIONS; HOUSEHOLD INSTALLATIONS OF VIDEO, AUDIO, TELECOMMUNICATIONS AND COMPUTER EQUIPMENT AND SYSTEMS FOR USE IN THE REGULATION AND DISTRIBUTION OF ANALOGUE OR DIGITAL SIGNALS SUCH AS LIGHT, SOUND AND PICTURE SIGNALS, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FOR: TELECOMMUNICATION SERVICES, NAMELY, PROVIDING MULTIPLE-USER ACCESS TO LOCAL AND GLOBAL COMPUTER NETWORKS; ELECTRONIC MAIL SERVICES; VOICE MAIL SERVICES; ELECTRONIC TRANSMISSION OF MESSAGES, PICTURES AND MUSIC TRACKS VIA COMPUTERS AND COMPUTER NETWORKS; PROVIDING ON-LINE ELECTRONIC BULLETIN BOARDS AND CHATROOMS FOR TRANSMISSION OF MESSAGES AMONG COMPUTER USERS CONCERNING VIDEO, AUDIO, COMPUTER AND TELECOMMUNICATIONS EQUIPMENT, SYSTEMS AND SERVICES RELATED THERETO; PROVIDING TELECOMMUNICATIONS CONNECTIONS TO COMPUTER NETWORKS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FOR: ELECTRONIC STORAGE OF DIGITALLY-STORED DATA SUCH AS MUSIC FILES, FILMS AND SOFTWARE, IN CLASS 39 (U.S. CLS. 100 AND 105).

FOR: EDUCATION SERVICES, NAMELY, CONDUCTING CLASSES AND SEMINARS IN THE FIELD OF VIDEO, AUDIO, COMPUTER AND TELECOMMUNICATIONS EQUIPMENT, SYSTEMS AND SERVICES RELATED THERETO; EDUCATIONAL SERVICES THROUGH LOCAL OR GLOBAL COMPUTER NETWORKS, NAMELY, PROVIDING ONLINE CLASSES IN THE FIELD OF VIDEO, AUDIO, COMPUTER AND TELECOMMUNICATIONS EQUIPMENT, SYSTEMS AND SERVICES RELATED THERETO; PROVIDING ONLINE TRAINING THROUGH LOCAL OR GLOBAL COMPUTER NETWORKS IN THE FIELDS OF VIDEO, AUDIO, COMPUTER AND TELECOMMUNICATIONS EQUIPMENT, SYSTEMS AND SERVICES RELATED THERETO; ENTERTAINMENT SERVICES, NAMELY, PROVIDING A WEB SITE FEATURING MUSICAL AND VIDEO PERFORMANCES, MUSICAL VIDEOS, RELATED FILM CLIPS, PHOTOGRAPHS, AND OTHER MULTIMEDIA MATERIALS, ENTERTAINMENT SERVICES, NAMELY, PROVIDING OF PRERECORDED MUSIC AND INFORMATION IN THE FIELD OF MUSIC, AND COMMENTARY AND ARTICLES ABOUT MUSIC, ALL ON-LINE VIA GLOBAL AND LOCAL COMPUTER NETWORK; SPORTING AND CULTURAL ACTIVITIES, NAMELY, CONDUCTING ENTERTAINMENT EXHIBITIONS IN THE NATURE OF LIVE AND RECORDED MUSIC, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FOR: INTERIOR DESIGN SERVICES FOR RETAIL SHOPS; INFORMATION TECHNOLOGY CONSULTATION CONCERNING ELECTRIC AND ELECTRONIC APPARATUS AND APPLIANCES; DESIGN OF HOUSEHOLD INSTALLATIONS FOR REGULATION AND DISTRIBUTION OF LIGHT, SOUND AND PICTURE SIGNALS; LICENSING OF INTELLECTUAL PROPERTY; INDUSTRIAL DESIGN, SCIENTIFIC RESEARCH, IN CLASS 42 (U.S. CLS. 100 AND 101).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF INTERNATIONAL REGISTRATION 0801082 DATED 10-16-2002, EXPIRES 10-16-2012.

OWNER OF U.S. REG. NO. 1,006,022.

SER. NO. 79-000,003, FILED 11-7-2003.

KATHLEEN M. VANSTON, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cl.: 21, 36

United States Patent Office

Reg. No. 1,007,565
Registered Mar. 25, 1975

## TRADEMARK
### Principal Register



Bang & Olufsen of America, Inc. (Delaware corporation)
2271 Devon Ave.
Elk Grove Village, Ill.    60007

For: CONSUMER ELECTRONIC GOODS—NAMELY, FM AND AM TUNERS AND AMPLIFIERS, RADIOS, MICROPHONES AND LOUDSPEAKERS—in CLASS 21 (INT. CL. 9).

For: PHONOGRAPHS, PHONOGRAPH PICK-UPS, AND TAPE RECORDERS, in CLASS 36 (INT. CL. 9).

First use at least as early as October 1957; in commerce at least as early as October 1957.

Ser. No. 456,662, filed May 7, 1973.

B. C. WASHINGTON, Examiner

Int. Cl.: 9

Prior U.S. Cl.: 21, 36

**United States Patent Office**

Reg. No. 1,007,565

Registered Mar. 25, 1975

## TRADEMARK
### Principal Register



Bang & Olufsen of America, Inc. (Delaware corporation)
2271 Devon Ave.
Elk Grove Village, Ill.   60007

For: CONSUMER ELECTRONIC GOODS—NAME-
LY, FM AND AM TUNERS AND AMPLIFIERS, RA-
DIOS, MICROPHONES AND LOUDSPEAKERS—in
CLASS 21 (INT. CL. 9).

For: PHONOGRAPHS, PHONOGRAPH PICK-UPS,
AND TAPE RECORDERS, in CLASS 36 (INT. CL. 9).

First use at least as early as October 1957; in com-
merce at least as early as October 1957.

Ser. No. 456,662, filed May 7, 1973.

B. C. WASHINGTON, Examiner

Int. Cl.: 9

Prior U.S. Cls.: 21 and 36

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 1,007,565

Registered Mar. 25, 1975

Renewal Term Begins Mar. 25, 1995

## TRADEMARK
## PRINCIPAL REGISTER



BANG & OLUFSEN HOLDING A/S (DENMARK CORPORATION)
PETER BANGS VEJ 15
7600 STRUER, DENMARK, BY ASSIGN-MENT AND CHANGE OF NAME FROM BANG & OLUFSEN OF AMER-ICA, INC. (DELAWARE CORPORA-TION) ELK GROVE VILLAGE, IL

FOR: CONSUMER ELECTRONIC GOODS—NAMELY, FM AND AM TUNERS AND AMPLIFIERS, RADIOS,

MICROPHONES AND LOUDSPEAKERS, IN CLASS 21 (INT. CL. 9).

FIRST USE 10-0-1957; IN COMMERCE 10-0-1957.

FOR: [PHONOGRAPHS, PHONO-GRAPH PICK-UPS, AND TAPE RE-CORDERS], IN CLASS 36 (INT. CL. 9).

FIRST USE 10-0-1957; IN COMMERCE 10-0-1957.

SER. NO. 72–456,662, FILED 5–7–1973.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 20, 1995.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cls.: 9, 10, 15, 20, 35, 37, 38, 39, 41 and 42

Prior U.S. Cls.: 2, 13, 21, 22, 23, 25, 26, 32, 36, 38, 39, 44, 50, 100, 101, 102, 103, 104, 105, 106 and 107

**United States Patent and Trademark Office**

Reg. No. 3,106,984
Registered June 20, 2006

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



BANG & OLUFSEN A/S (DENMARK PUBLIC LIMITED COMPANY)
PETER BANGS VEJ 15
POSTBOKS 40; DK-7600 STRUER
DENMARK

FOR: ELECTRIC AND ELECTRONIC APPARA-TUS AND APPLIANCES, NAMELY AUDIO AND VIDEO RECORDING, REPRODUCTION AND TRANSMISSION EQUIPMENT, NAMELY RADIOS, RADIO RECEIVERS, PLAYERS AND RECORDERS FOR CDS, MINI-DISCS AND MP3 FILES, COMPACT DISC PLAYERS, DVD PLAYERS, VIDEO CASSETTE PLAYERS, TAPE RECORDERS, LOUD SPEAKER SYSTEMS, POWER TRANSFORMERS FOR AMPLI-FICATION LOUDSPEAKERS, HEADPHONES, EAR-PHONES AND REMOTE CONTROLS THEREOF; TELEVISION SETS; RADIO RECEIVING SETS; RADIOS FOR AUTOMOBILES; AMPLIFIERS, LOUDSPEAKERS, LOUDSPEAKERS WITH BUILT-IN AMPLIFIERS; CABINETS FOR LOUDSPEA-KERS; ELECTRONIC CONTROL UNITS FOR REG-ULATION OF SOUND SIGNALS; TAPE, RECORD OR DISC RECORDERS OR PLAYERS, TELE-PHONES, TELEPHONES WITH BUILT-IN ANSWER-ING MACHINES, TELEPHONE ANSWERING MACHINES; TELEPHONES WITH BUILT-IN CAM-ERAS AND MONITORS, TELEPHONES FOR TRANSMISSION OF DATA THROUGH THE INTER-NET AND OTHER NETWORKS; TELECOMMUNI-CATION EQUIPMENT, NAMELY, TELECOMMUNICATION CABLES, TELECOMMU-NICATION EXCHANGERS, TELECOMMUNICA-TION SWITCHES, TELECOMMUNICATIONS AND DATA NETWORKING HARDWARE, NAMELY DE-

VICES FOR TRANSPORTING AND AGGREGAT-ING VOICE, DATA, AND VIDEO COMMUNICATIONS ACROSS MULTIPLE NET-WORK INFRASTRUCTURES AND COMMUNICA-TIONS PROTOCOLS, TELECOMMUNICATIONS TRANSMITTERS; ELECTRICAL CABLE INSTAL-LATIONS; ELECTRIC AND ELECTRONIC APPA-RATUS AND APPLIANCES FOR DATA PROCESSING AND FOR INPUT, OUTPUT AND STORAGE OF DATA, NAMELY, CENTRAL PRO-CESSING UNITS FOR PROCESSING INFORMA-TION, DATA, SOUND OR IMAGES; BLANK MAGNETIC AND OPTICAL DATA CARRIERS, COMPUTER PROGRAMS RECORDED ON TAPES, CARDS, DISCS OR OTHER MEDIA FOR USE IN AMPLIFIERS AND TRANSFORMERS FOR AMPLI-FICATION; DISC STORAGE CONTAINERS, SOFT-WARE FOR ELECTRIC AND ELECTRONIC APPARATUS AND APPLIANCES, NAMELY, SOFT-WARE TO CONTROL AND IMPROVE AUDIO AND VIDEO EQUIPMENT SOUND QUALITY, DOWN-LOADABLE APPLICATION SERVICES PROVIDER SOFTWARE FOR THE UPLOADING AND DOWN-LOADING OF DIGITAL FILES SUCH AS MUSIC FILES FROM A DATABASE TO PERSONAL COM-PUTER, MP3 PLAYERS AND MOBILE TELE-PHONES, AND SOFTWARE FOR USE IN LINKING AUDIO AND VIDEO EQUIPMENT; AND PARTS THEREFOR, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: MEDICAL APPARATUS AND UNITS FOR DOSAGE, MEASURING AND MONITORING, NAMELY, DRUG DELIVERY DEVICES AND/OR SYSTEMS, NEEDLE-BASED AND NEEDLE-FREE

INJECTION SYSTEMS AND PARTS THEREFOR, PORTABLE INHALERS SOLD EMPTY AND PARTS THEREFOR, AND TABLET DISPENSERS; DIAGNOSTIC SYSTEMS, NAMELY, STETHOSCOPES AND BLOOD PRESSURE METERS; AND TELEMEDICINE DEVICES CONNECTED TO COMPUTER NETWORKS THAT PROVIDE MEDICAL INFORMATION, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FOR: MUSICAL INSTRUMENTS; MUSICAL INSTRUMENTS WITH BUILT-IN AMPLIFIERS, IN CLASS 15 (U.S. CLS. 2, 21 AND 36).

FOR: FURNITURE, FURNITURE FOR MUSIC INSTRUMENTS; SALE AND DISPLAY COUNTERS, FURNITURE FOR AUDIO-VISUAL APPARATUS, SHOP FURNITURE; AND PARTS THEREFOR, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FOR: ORGANIZING EXHIBITIONS PROVIDING INFORMATION PERTAINING TO VIDEO, AUDIO, COMPUTER AND TELECOMMUNICATIONS EQUIPMENT, SYSTEMS AND SERVICES RELATED THERETO; BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION; RETAIL STORE SERVICES AND ONLINE RETAIL STORE SERVICES IN THE FIELD OF AUDIO-VISUAL PRODUCTS, TELEPHONES, COMPUTERS, MEDICINAL APPARATUS AND FURNITURE, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FOR: REPAIR AND INSTALLATION SERVICES IN THE FIELD OF CONSUMER ELECTRIC AND ELECTRONIC APPARATUS AND APPLIANCES INCLUDING ELECTRICAL CABLE INSTALLATIONS; HOUSEHOLD INSTALLATIONS OF VIDEO, AUDIO, TELECOMMUNICATIONS AND COMPUTER EQUIPMENT AND SYSTEMS FOR USE IN THE REGULATION AND DISTRIBUTION OF ANALOGUE OR DIGITAL SIGNALS SUCH AS LIGHT, SOUND AND PICTURE SIGNALS, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FOR: TELECOMMUNICATION SERVICES, NAMELY, PROVIDING MULTIPLE-USER ACCESS TO LOCAL AND GLOBAL COMPUTER NETWORKS; ELECTRONIC MAIL SERVICES; VOICE MAIL SERVICES; ELECTRONIC TRANSMISSION OF MESSAGES, PICTURES AND MUSIC TRACKS VIA COMPUTERS AND COMPUTER NETWORKS; PROVIDING ON-LINE ELECTRONIC BULLETIN BOARDS AND CHATROOMS FOR TRANSMISSION OF MESSAGES AMONG COMPUTER USERS CONCERNING VIDEO, AUDIO, COMPUTER AND TELECOMMUNICATIONS EQUIPMENT, SYSTEMS AND SERVICES RELATED THERETO; PROVIDING TELECOMMUNICATIONS CONNECTIONS TO COMPUTER NETWORKS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FOR: ELECTRONIC STORAGE OF DIGITALLY-STORED DATA SUCH AS MUSIC FILES, FILMS AND SOFTWARE, IN CLASS 39 (U.S. CLS. 100 AND 105).

FOR: EDUCATION SERVICES, NAMELY, CONDUCTING CLASSES AND SEMINARS IN THE FIELD OF VIDEO, AUDIO, COMPUTER AND TELECOMMUNICATIONS EQUIPMENT, SYSTEMS AND SERVICES RELATED THERETO; EDUCATIONAL SERVICES THROUGH LOCAL OR GLOBAL COMPUTER NETWORKS, NAMELY, PROVIDING ONLINE CLASSES IN THE FIELD OF VIDEO, AUDIO, COMPUTER AND TELECOMMUNICATIONS EQUIPMENT, SYSTEMS AND SERVICES RELATED THERETO; PROVIDING ONLINE TRAINING THROUGH LOCAL OR GLOBAL COMPUTER NETWORKS IN THE FIELDS OF VIDEO, AUDIO, COMPUTER AND TELECOMMUNICATIONS EQUIPMENT, SYSTEMS AND SERVICES RELATED THERETO; ENTERTAINMENT SERVICES, NAMELY, PROVIDING A WEB SITE FEATURING MUSICAL AND VIDEO PERFORMANCES, MUSICAL VIDEOS, RELATED FILM CLIPS, PHOTOGRAPHS, AND OTHER MULTIMEDIA MATERIALS, ENTERTAINMENT SERVICES, NAMELY, PROVIDING OF PRERECORDED MUSIC AND INFORMATION IN THE FIELD OF MUSIC, AND COMMENTARY AND ARTICLES ABOUT MUSIC, ALL ON-LINE VIA GLOBAL AND LOCAL COMPUTER NETWORK; SPORTING AND CULTURAL ACTIVITIES, NAMELY, CONDUCTING ENTERTAINMENT EXHIBITIONS IN THE NATURE OF LIVE AND RECORDED MUSIC, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FOR: INTERIOR DESIGN SERVICES FOR RETAIL SHOPS; INFORMATION TECHNOLOGY CONSULTATION CONCERNING ELECTRIC AND ELECTRONIC APPARATUS AND APPLIANCES; DESIGN OF HOUSEHOLD INSTALLATIONS FOR REGULATION AND DISTRIBUTION OF LIGHT, SOUND AND PICTURE SIGNALS; LICENSING OF INTELLECTUAL PROPERTY; INDUSTRIAL DESIGN, SCIENTIFIC RESEARCH, IN CLASS 42 (U.S. CLS. 100 AND 101).

OWNER OF INTERNATIONAL REGISTRATION 0801083 DATED 10-16-2002, EXPIRES 10-16-2012.

SER. NO. 79-000,007, FILED 11-7-2003.

KATHLEEN M. VANSTON, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,505,315

Registered Sep. 23, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# BEO

BANG & OLUFSEN A/S (DENMARK PUBLIC LIMITED COMPANY (PLC))
PETER BANGS VEJ 15 POSTBOKS 40
7600 STRUER, DENMARK

FOR: REMOTE CONTROL UNITS FOR ELECTRIC AND ELECTRONIC APPARATUS AND APPLIANCES FOR ANALOGUE, DIGITAL OR OPTICAL RECEPTION, PROCESSING, REPRODUCTION, REGULATION OR DISTRIBUTION OF LIGHT, SOUND OR PICTURE SIGNALS; REMOTE CONTROL UNITS FOR TELEVISION SETS, RADIO RECEIVING SETS INCLUDING RADIOS FOR AUTOMOBILES; REMOTE CONTROL UNITS FOR AMPLIFIERS, LOUDSPEAKERS, LOUDSPEAKERS WITH BUILD IN AMPLIFIERS; REMOTE CONTROL UNITS FOR HOME-ENTERTAINMENT SYSTEMS; ELECTRONIC CONTROL UNITS FOR REGULATION OF SOUND, LIGHTS AND PICTURE SIGNALS; REMOTE CONTROL UNITS FOR TAPE-, RECORD- OR DISC- RECORDERS OR PLAYERS AND CARRIERS OF STORED SIGNALS; REMOTE CONTROL UNITS FOR TELEPHONES; REMOTE CONTROL UNITS FOR ANSWERING MACHINES; REMOTE CONTROL UNITS FOR TELECOMMUNI-CATION EQUIPMENT; REMOTE CONTROL UNITS FOR ELECTRIC AND ELECTRONIC APPARATUS AND APPLIANCES FOR DATA PROCESSING AND FOR INPUT, OUTPUT AND STORAGE OF DATA; REMOTE CONTROL UNITS FOR COMPUTERS, MAGNETIC AND OPTICAL DATA CARRIERS, REMOTE CONTROL UNITS FOR WORD PROCESSING EQUIPMENT; SOFTWARE FOR OPERATING REMOTE CONTROL UNITS; PARTS FOR ALL THE AFOREMENTIONED GOODS INCLUDED IN THIS CLASS; SPARE PARTS FOR ALL THE AFOREMENTIONED GOODS INCLUDED IN THIS CLASS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF ERPN CMNTY TM OFC REG. NO. 003458908, DATED 5-2-2008, EXPIRES 10-28-2013.

SER. NO. 78-785,672, FILED 1-5-2006.

HENRY S. ZAK, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# BEOPLAY

**Reg. No. 4,489,925**

**Registered Mar. 4, 2014**

**Int. Cls.: 9, 20, 35, 36 and 38**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

B&O PLAY A/S (DENMARK LIMITED LIABILITY COMPANY)
PETER BANGS VEJ 15
DK-7600 STRUER, DENMARK

FOR: ELECTRIC AND ELECTRONIC APPARATUS AND APPLIANCES, FOR ANALOG, DIGITAL OR OPTICAL RECEIVING, PROCESSING, REPRODUCTION, CONTROL, AMPLIFICATION OR DISTRIBUTION OF LIGHT, SOUND OR IMAGE SIGNALS, NAMELY, RADIOS, RADIO RECEIVERS, PLAYERS AND RECORDERS FOR CDS, MINI-DISCS AND MP3 FILES, COMPACT DISC PLAYERS, DVD PLAYERS, LOUD SPEAKER SYSTEMS, POWER TRANSFORMERS FOR AMPLIFICATION LOUDSPEAKERS, HEADPHONES, EARPHONES AND REMOTE CONTROLS FOR EARPHONES, TELEVISIONS SETS, RADIO RECEIVERS, RADIOS FOR AUTOMOBILES, AMPLIFIERS, LOUDSPEAKERS, LOUDSPEAKERS WITH BUILT-IN AMPLIFIERS; DIGITAL MUSIC PLAYERS FOR MUSIC, NAMELY, DIGITAL AUDIO PLAYERS AND DIGITAL VIDEO PLAYERS FOR MUSIC; TELEVISIONS, TELEVISIONS WITH BUILT-IN DVD PLAYERS, AMPLIFIERS, RADIO RECEIVERS AND/OR INTERNET CONNECTIONS; AUDIO EQUIPMENT CONTAINING AMPLIFIERS, NAMELY, STEREO TUNERS AND LOUDSPEAKERS CONTAINING AMPLIFIERS; LOUDSPEAKER CABINETS; ELECTRONIC CONTROL UNITS FOR REGULATION OF SOUND SIGNALS; RADIO RECEIVERS; CD PLAYERS AND RECORDERS, DIGITAL AUDIO AND VIDEO RECORDERS AND PLAYERS, RADIOS AND AUDIOVISUAL EQUIPMENT FOR VEHICLES, NAMELY, STEREOS, LOUD SPEAKERS, DVD PLAYERS, DIGITAL AUDIO AND VIDEO PLAYERS, HEADPHONES; REMOTE CONTROLS FOR TELEVISIONS, RADIOS, RADIO RECEIVERS, PLAYERS AND RECORDERS FOR CDS, MINI-DISCS AND MP3 FILES, COMPACT DISC PLAYERS, DVD PLAYERS, AND LOUDSPEAKER SYSTEMS; CABLES FOR ELECTRICAL OR OPTICAL SIGNAL TRANSMISSION; CONTROL UNITS FOR REGULATING SOUND; SOFTWARE FOR THE REMOTE CONTROL OF LAMPS AND OTHER LIGHTING DEVICES, DIGITAL AUDIO AND VIDEO RECORDERS AND PLAYERS; TELEPHONE APPARATUS, ANSWERING MACHINES, TELEPHONE APPARATUS WITH BUILT-IN CAMERAS AND MONITORS, SMARTPHONES, TELEPHONE APPARATUS FOR DATA TRANSMISSION VIA THE INTERNET OR OTHER COMPUTER NETWORKS; TELECOMMUNICATION EQUIPMENT, NAMELY, TELECOMMUNICATION CABLES, TELECOMMUNICATION EXCHANGERS, TELECOMMUNICATION SWITCHES, TELECOMMUNICATIONS AND DATA NETWORKING HARDWARE, NAMELY, DEVICES FOR TRANSPORTING AND AGGREGATING VOICE, DATA, AND VIDEO COMMUNICATIONS ACROSS MULTIPLE NETWORK INFRASTRUCTURES AND COMMUNICATIONS PROTOCOLS, TELECOMMUNICATIONS TRANSMITTERS; ELECTRIC AND ELECTRONIC APPARATUS AND APPLIANCES FOR DATA PROCESSING AND FOR INPUT, OUTPUT AND STORAGE OF DATA,

*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

**Reg. No. 4,489,925**   NAMELY, CENTRAL PROCESSING UNITS FOR PROCESSING INFORMATION, DATA, SOUND OR IMAGES; COMPUTERS; COMPUTER SOFTWARE FOR USE IN DATABASE MANAGEMENT, DOWNLOAD AND STORAGE OF AUDIO AND VIDEO FILES; DISC STORAGE CONTAINERS; SOFTWARE FOR ELECTRIC AND ELECTRONIC APPARATUS AND APPLIANCES, NAMELY, SOFTWARE TO CONTROL AND IMPROVE AUDIO AND VIDEO EQUIPMENT SOUND QUALITY, DOWNLOADABLE APPLICATION SERVICES PROVIDER SOFTWARE FOR THE UPLOADING AND DOWNLOADING OF DIGITAL FILES SUCH AS MUSIC FILES FROM A DATABASE TO PERSONAL COMPUTER, MP3 PLAYERS AND MOBILE TELEPHONES, AND SOFTWARE FOR USE IN LINKING AUDIO AND VIDEO EQUIPMENT, AND PARTS THEREFOR; WALL BRACKETS AND STANDS ESPECIALLY ADAPTED FOR SETTING UP TELEVISIONS, MUSIC SYSTEMS, AUDIOVISUAL EQUIPMENT AND SPEAKERS; SOFTWARE FOR ELECTRIC AND ELECTRONIC APPARATUS AND APPLIANCES, NAMELY, SOFTWARE TO CONTROL AND IMPROVE AUDIO AND VIDEO EQUIPMENT SOUND QUALITY, DOWNLOADABLE APPLICATION SERVICES PROVIDER SOFTWARE FOR THE UPLOADING AND DOWNLOADING OF DIGITAL FILES SUCH AS MUSIC FILES FROM A DATABASE TO A PERSONAL COMPUTER, MP3 PLAYERS AND MOBILE TELEPHONES AND SOFTWARE FOR USE IN LINKING AND OPERATING AUDIO AND VIDEO EQUIPMENT AND HOME THEATER SYSTEMS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: FURNITURE, NAMELY, MUSIC FURNITURE, DISPLAY UNITS, SHOP FITTINGS IN THE NATURE OF DISPLAY CASES AND DISPLAY RACKS, AND STRUCTURAL PARTS AND FITTINGS THEREOF, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FOR: EXHIBITIONS FOR COMMERCIAL OR ADVERTISING PURPOSES; BUSINESS MANAGEMENT AND BUSINESS ADMINISTRATION; RETAIL STORE SERVICES AND ONLINE RETAIL STORE SERVICES FEATURING AUDIO-VISUAL PRODUCTS, SOFTWARE, TELEPHONES, COMPUTERS AND FURNITURE, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FOR: FINANCING, LEASE-PURCHASE FINANCING OF ELECTRIC AND ELECTRONIC APPARATUS AND EQUIPMENT AND AUDIOVISUAL EQUIPMENT, INCLUDING TV AP-PARATUS, MUSIC SYSTEMS AND SPEAKERS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FOR: TELECOMMUNICATION SERVICES, NAMELY, PROVIDING MULTIPLE-USER AC-CESS TO LOCAL AND GLOBAL COMPUTER NETWORKS; COMPUTER-AIDED TRANS-MISSION OF MESSAGES, IMAGES AND MUSIC; ELECTRONIC MAIL, VOICE MAIL; ELECTRONIC BULLETIN BOARD SERVICES; PROVIDING ELECTRONIC BULLETIN BOARDS; PROVIDING USER ACCESS TO GLOBAL COMPUTER NETWORKS; PROVIDING TELECOMMUNICATIONS CONNECTIONS TO COMPUTER NETWORKS; BROADCASTING AND STREAMING OF AUDIO AND VIDEO MATERIAL VIA A GLOBAL DATA NETWORK OR THE INTERNET; TRANSMISSION AND DISTRIBUTION OF AUDIO AND VIDEO MA-TERIAL VIA A GLOBAL DATA NETWORK OR THE INTERNET, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 10-5-2011 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1129249 DATED 3-30-2012, EXPIRES 3-30-2022.

SER. NO. 79-117,885, FILED 3-30-2012.

JANICE KIM, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> ***First Filing Deadline:***  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> ***Second Filing Deadline:***  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the USPTO website for further information.   With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# BEOCONNECT

**Reg. No. 5,393,997**

**Registered Feb. 06, 2018**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Bang & Olufsen A/S (DENMARK aktieselskab (a/s) )
Peter Bangs Vej 15
7600 Struer, DENMARK

CLASS 9: A downloadable software program that allows for transfer of music, photos, and data between a third party software provider and audio/visual hardware

FIRST USE 00-00-2008; IN COMMERCE 00-00-2008

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-099,256, FILED 07-11-2016



Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C.  §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.


**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse)  and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*


**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# BEOCREATE

**Reg. No. 5,663,303**

**Registered Jan. 29, 2019**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Bang & Olufsen A/S  (DENMARK AKTIESELSKAB)
Peter Bangs Vej 15
Dk-7600 Struer, DENMARK

CLASS 9: Information technology and audio-visual and multimedia devices, namely, audio amplifiers, audiovisual receivers, televisions, compact disc players and DVD players; computers; software in the nature of application software for use in connection with the recording, transmission, reproduction, reception, control, remote control, operating and amplification of light, sound or images in electronic devices, namely, in loudspeakers and loudspeaker units and systems, tuners, amplifiers, DVD and compact disc players, microphones and sound mixers; telephones; electric and electronic apparatus and appliances for analogue, digital, wireless or optical reception, processing, reproduction, regulation or distribution of light, sound or picture signals, namely, audiovisual receivers, digital media receivers, lighting controls, apparatus for the recording, transmission, processing and reproduction of sound or images; television sets; television sets with built in VCR players, DVD players, amplifiers, radio receivers and/or internet connections; audio equipment containing amplifiers, namely, audio speakers and loudspeakers with built-in amplifiers; amplifiers; loudspeakers; loudspeakers with built in amplifiers; cabinets for loudspeakers; electronic control units for regulation of sound signals; radio receiving sets consisting of radio receivers and transmitters; CD players and recorders; recorders for cassette tapes and audio and video recorders for digital medias; DVD recorders; radios for automobiles; headphones; remote control units consisting of remote controls for radios, televisions, stereos; control units and related installations, namely, remote controls for radios, televisions and stereos; software for remote control of light, sound and picture signals; telephones; telephones with built-in answering machines; answering machines; telephones with built in cameras and monitors; telephones for transmission of data through the Internet and other networks; carriers of stored signals, namely, blank optical data carriers, blank magnetic data carriers; electric and electronic apparatus and appliances for data processing and for input, output and storage of data, namely, data processors, and computer hardware for high-speed processing and storage of data using multiple CPUs; computers; magnetic and optical data carriers, namely, blank optical data carriers, blank magnetic data carriers; computer programmes recorded on tapes, cards, discs or other media for use in database management, and in connection with sound optimizing; disc storage, namely, disc storage containers; word processors and word processing equipment; software for electric and electronic apparatus and appliances for use and control of audio equipment; component parts and fittings for all the aforementioned goods, namely, replacement parts, power adapters and batteries

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 02-07-2017 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1365397 DATED 07-14-2017, EXPIRES 07-14-2027

SER. NO. 79-216,582, FILED 07-14-2017



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# BEOSOUND EDGE

**Reg. No. 5,864,815**

**Registered Sep. 24, 2019**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Bang & Olufsen A/S  (DENMARK AKTIESELSKAB)
Peter Bangs Vej 15
Dk-7600 Struer
DENMARK

CLASS 9: Electrical and electronic apparatus and appliances for analogue, digital, optical and/or wireless reception, processing, reproduction, regulation or distribution of sound, namely, audio receivers, telecommunications transmitters, speakers, amplifiers and sound systems comprising the aforementioned; audiovisual equipment attached hereto, namely, speakers, amplifiers and stereo receivers; television sets; radio receivers; amplifiers; loudspeakers; audio recorders and digital audio players; remote control units for televisions and sound systems; cable installations, namely cable connectors; electric and electronic apparatus and appliances for data processing and for input, output and storage of data, namely, data processing apparatus and hard disk drives for storage of computer data; blank magnetic and optical data carriers; data processing equipment; software for controlling, configuring, designing and customizing sound and acoustic systems; application software for controlling, configuring, designing and customizing sound and acoustic systems; cabinets for loudspeakers; dampeners for electronic audio equipment; stands adapted for loudspeakers; wall mountings adapted for loudspeakers; structural parts and fittings to all the aforementioned goods included in this class

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 04-06-2018 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1433720 DATED 10-05-2018, EXPIRES 10-05-2028

SER. NO. 79-245,205, FILED 10-05-2018

Director of the United States
Patent and Trademark Office

> ## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION
>
> ## WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# BEOSONIC

**Reg. No. 6,655,642**

**Registered Mar. 01, 2022**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Bang & Olufsen A/S  (DENMARK AKTIESELSKAB)
Bang og Olufsen All? 1
DK-7600 Struer
DENMARK

CLASS 9: Audio equipment, namely, television sets, radio receiving sets, radios for automobiles, amplifiers, loudspeakers, loudspeakers with build-in amplifiers, disc players, electronic carriers of stored signals and remote control units for regulation of sound signals for noise reduction, and for tone and sound control in relation to sound playback, and for tone and sound control in relation to music playback in cars; audio equipment, namely, television sets, radio receiving sets, radios for automobiles, amplifiers, loudspeakers, loudspeakers with build-in amplifiers, disc players, electronic carriers of stored signals and remote control units for regulation of sound signals for recording, transmission or reproduction of sound or images; electric and electronic interface equipment, namely, electric and electronic appliances for data processing and for input, output and storage of data onto computers, magnetic and optical data carriers; computer programmes recorded on tapes, cards, discs or other media for receiving, transmitting, processing, reproducing, controlling, amplifying or distributing light, sound, image, analog, digital or optical signals; downloadable software for electric and electronic appliances for receiving, transmitting, processing, reproducing, controlling, amplifying or distributing light, sound, image, analog, digital or optical signals; loudspeakers and subwoofers; digital music players; TV apparatus, TV apparatus with built-in DVD players, amplifiers, radio receivers and/or Internet connections; audio equipment containing amplifiers, loudspeakers with built-in amplifiers; surround sound systems; loudspeaker cabinets; electronic control units for regulation of sound signals; radio receivers; CD players and recorders, players and recorders for digital media, radios and audiovisual equipment for vehicles; headphones; remote control apparatus; electrical controlling devices for audio equipment; computer hardware and downloadable computer software for use in connection with the recording, transmission, reproduction, reception, control, remote control, operating and amplification of light, sound or images, including in loudspeakers and loudspeaker units/systems, tuners, amplifiers, DVD and compact disc players, microphones and sound mixers; downloadable computer software for tone and sound control in relation to sound playback and downloadable computer software for noise reduction in relation to sound playback; telephone apparatus, answering machines, telephone apparatus with built-in cameras and monitors, smartphones, telephone apparatus for data transmission via the Internet or other computer networks; computers and computer tablets; disc storage units; downloadable computer software for controlling electric and electronic apparatus and equipment; sensors and detectors used in touch screen displays for audio equipment; electronic systems comprising of computers, a sound source, sensors, and loudspeakers; electric and electronic apparatus for making sound adjustments, specifically for the interaction between loudspeakers and environments with regard to optimising sound quality; replacement parts for all the aforementioned goods





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 12-12-2019 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1551279 DATED 06-11-2020, EXPIRES 06-11-2030

SER. NO. 79-294,074, FILED 06-11-2020

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Digitally Signed By: United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2022.07.31 02:07:27 -04'00'

# United States of America

## United States Patent and Trademark Office

# BEOREMOTE

**Reg. No. 6,816,930**

**Registered Aug. 16, 2022**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Bang & Olufsen A/S  (DENMARK AKTIESELSKAB)
Bang og Olufsen Allé 1
DK-7600 Struer
DENMARK

CLASS 9: remote controls for televisions, radios, stereos, loudspeakers, and amplifiers; programmable remote controls for televisions, radios, stereos, loudspeakers, and amplifiers

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 12-02-2020 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1604921 DATED 05-25-2021, EXPIRES 05-25-2031

SER. NO. 79-316,770, FILED 05-25-2021



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# RoomSense

**Reg. No. 7,089,071**

**Registered Jun. 27, 2023**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Bang & Olufsen A/S  (DENMARK AKTIESELSKAB)
Bang og Olufsen Allé 1
DK-7600 Struer
DENMARK

CLASS 9: Downloadable software to control and improve audio equipment sound quality

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 03-10-2022 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1683748 DATED 08-25-2022, EXPIRES 08-25-2032

SER. NO. 79-349,917, FILED 08-25-2022

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# MOZART PLATFORM

**Reg. No. 7,109,908**

**Registered Jul. 18, 2023**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Bang & Olufsen A/S  (DENMARK AKTIESELSKAB)
Bang og Olufsen Allé 1
DK-7600 Struer
DENMARK

CLASS 9: Downloadable Software for use in loudspeakers, headphones, televisions, soundbars, remote controls, USB-dongles, earphones, phones; Downloadable application software for use in loudspeakers, headphones, televisions, soundbars, remote controls, USB-dongles, earphones, phones; Downloadble computer application software for streaming audio-visual media content via the internet; Downloadble computer software platforms for streaming audio-visual media content via the internet; computer hardware

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 03-21-2022 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1683747 DATED 08-25-2022, EXPIRES 08-25-2032

No claim is made to the exclusive right to use the following apart from the mark as shown: "PLATFORM"

SER. NO. 79-349,891, FILED 08-25-2022

_Katherine Kelly Vidal_

**Director of the United States
Patent and Trademark Office**



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# BEOCOM

**Reg. No. 7,301,330**
**Registered Feb. 13, 2024**
**Int. Cl.: 9**
**Trademark**
**Principal Register**

Bang & Olufsen A/S  (DENMARK AKTIESELSKAB)
Bang og Olufsen Allé 1
DK-7600 Struer
DENMARK

CLASS 9: Downloadable software for controlling audio quality and sound levels in loud speakers, headphones, televisions, soundbars, remote controls, phones, USB dongles; computer hardware; Downloadable communications software for the transmission of voice, data, images, audio, video, and multimedia content; information technology and audio-visual, multimedia and photographic devices, namely, loudspeakers, headphones, televisions, soundbars, remote controls for loudspeakers, headphones, televisions, soundbars, phones, namely, mobile phones, air phones, smart phones, wireless phones, wall mounted phones, desk phones, USB dongles being wireless network adaptors; communications equipment, namely, loudspeakers, headphones, televisions, soundbars, remote controls for loudspeakers, headphones, televisions and soundbars; phones, namely, mobile phones, telephones for use on airplanes, smart phones, wireless cellular phones, wall mounted telephones, desk telephones, USB dongles being wireless network adaptors; computer networking and data communications equipment, namely, loudspeakers, headphones, televisions, soundbars, remote controls for loudspeakers, headphones, televisions and soundbars; phones, namely, mobile phones, telephones for use on airplanes, smart phones, wireless cellular phones, wall mounted telephones, desk telephones, USB dongles being wireless network adaptors; USB Dongles being wireless network adaptors; USB-C Dongles being wireless network adaptors; USB cables; modems; USB modems; communication modems; USB adapters being power adapters; computer cables; gaming dongles being wireless network adaptors; earphones; headphones; loudspeakers; microphones; amplifiers; integrated circuit chips for digital video compression and decompression; disk drives for computers; interfaces for computers; joysticks for use with computers, other than for video games; computer mouse; blank USB flash drives; computer programs downloadable and recorded for connecting remotely to computers or computer networks; add-on circuit boards for connecting computers to networking software; mobile phones; audio speakers; soundbars; speakerphones

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 07-14-2021 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1643661 DATED 12-20-2021, EXPIRES 12-20-2031

SER. NO. 79-333,128, FILED 12-20-2021

*Katherine Kelly Vidal*

**Director of the United States**
**Patent and Trademark Office**



### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# EARSENSE

**Reg. No. 7,943,014**

**Registered Sep. 16, 2025**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Bang & Olufsen A/S  (DENMARK aktieselskab (a/s))
Bang og Olufsen Allé 1
DK-7600 Struer
DENMARK

CLASS 9: In-ear headphones; earbuds; headphones; wireless headphones; sound reproduction apparatus; cases for headphones; electric connectors; battery chargers; wireless chargers; Downloadable and recorded software to control and improve audio equipment sound quality

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 08-17-2023 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1774400 DATED 01-05-2024, EXPIRES 01-05-2034

SER. NO. 79-388,741, FILED 01-05-2024



Acting Director of the United States Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# AMADEUS PLATFORM

**Reg. No. 8,045,417**

**Registered Dec. 02, 2025**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Bang & Olufsen A/S  (DENMARK aktieselskab (a/s))
Bang og Olufsen AllÃ© 1
DENMARK

CLASS 9: Downloadable software for operating and controlling earphones, headphones, and loudspeakers, for use in relation to earphones, headphones, loudspeakers; downloadable and recorded application software for operating and controlling earphones, headphones, and loudspeakers, for use in relation to earphones, headphones, loudspeakers; downloadable computer application software for streaming audio-visual media content via the internet for use in relation to earphones, headphones, loudspeakers; downloadable and recorded computer software platforms for operating and controlling earphones, headphones, and loudspeakers, for use in relation to earphones, headphones, loudspeakers

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 08-19-2024 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1841560 DATED 01-16-2025, EXPIRES 01-16-2035

No claim is made to the exclusive right to use the following apart from the mark as shown: "PLATFORMS"

SER. NO. 79-418,025, FILED 01-16-2025





DIRECTOR OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.