# EXHIBIT 2




# Test Report

REPORT NUMBER:
Flexlab-263328-02

Teknologiparken
Kongsvang Allé 29
DK-8000 Aarhus C
+45 72 20 20 00
Info@teknologisk.dk
www.teknologisk.dk

Page **1** of **3**
Init: MNCH
Order No.: 263328
Encl.: 0

| | | |
|---|---|---|
| **Assignor:** | Company:<br>Address<br>Postal/City | Bang & Olufsen A/S<br>Bang og Olufsen Allé 1<br>DK-7600 Struer |
| **Item:** | | Danish Technological Institute received the following items on 04.09.2024:<br>- 3 x Counterfeit Beosound Explore Natural. |
| **Sampling:** | | The assignor confirms having drawn the samples. The samples were received at Danish Technological Institute on the date specified above. |
| **Period:** | | Testing took place on 12.11.2025. |
| **Method:** | | EN IEC 62368-1:2024 Clause 4.10 and M.4.2 Charging safeguards. |
| **Test result:** | | Device under test does not meet the requirement of EN IEC 62368-1:2024 clause M.4.2. |
| **Remarks:** | | The performed testing method is not under accreditation. Also, see Section 2. |
| **Terms:** | | This test was conducted in accordance with the General Terms and Conditions of Danish Technological Institute. The results solely apply to the tested items. This test report may be quoted in extract only if Danish Technological Institute has granted its written consent. |
| **Place:** | | Danish Technological Institute, Aarhus, Flexlab. |
| **Signature:** | | This document is only valid with a digital signature from Danish Technological Institute. The date of issue appears from the digital signature. Approved and signed by:<br><br>Magnus Nygaard Christensen<br>Consultant, M.Sc. |

DANISH TECHNOLOGICAL INSTITUTE

# 1. CONTENTS

2. Remarks .................................................................................................................................. 2
3. Task Description ..................................................................................................................... 2
4. Device Under Test .................................................................................................................. 2
5. Test Results EN IEC 62368-1:2024 ......................................................................................... 3

# 2. REMARKS

The following report are part of larger order agreement between Danish Technological Institute and Bang & Olufsen A/S. Therefore, the last digit of the report number Flexlab-263328-02 refers not to the report revision but the current subtask, as described in the following section.

# 3. TASK DESCRIPTION

As follow up on the report Flexlab-263328-01, Danish Technological Institute (DTI) conducts a repeat test of the thermal charging safeguard according to EN IEC 62368-1:2024 clause M.4.2.

# 4. DEVICE UNDER TEST

The device under test (DUT) is a counterfeit Beosound Explore as shown in Figure 1. The DUT is a battery powered Bluetooth speaker, with USB-C input. Based on the product type and functions DTI assesses that the product should comply with the Radio Equipment Directive and thereby EN 62368-1 regarding safety.



*Figure 1 Beosound Explore samples (genuine left)*



# 5. TEST RESULTS EN IEC 62368-1:2024

| EN IEC 62368-1:2024 |||| 
|---|---|---|---|
| Clause | Requirement + Test | Result - Remark | Verdict |

| | | | |
|---|---|---|---|
| 4 | GENERAL REQUIREMENTS | | F (Fail) |
| **4.10** | **Component requirements** | | F |
| 4.10.4 | Batteries and their protection circuits shall comply with Annex M. | See Annex M | F |

| | | | |
|---|---|---|---|
| M | EQUIPMENT CONTAINING BATTERIES AND THEIR PROTECTION CIRCUITS | | F |
| **M.4** | **Additional safeguards for equipment containing secondary lithium battery** | | F |
| M.4.2 | Charging safeguards | See appended table M.4.2 | F |

| M.4.2 | TABLE: Charging safeguards for equipment containing secondary lithium battery | | | | F |
|---|---|---|---|---|---|
| Maximum specified charging voltage (V) | | 8.4 V (standard value) | | | - |
| Maximum specified charging voltage (A) | | 1.8 (1C standard value) | | | - |
| Highest specified charging temperature (°C) | | 45 °C (standard value) | | | - |
| Lowest specified charging temperature (°C) | | 0 °C (standard value) | | | - |
| Battery manufacturer/ type | Operating and fault condition | Measurement ||| |
| | | Voltage (V) | Current (A) | Temp (°C) | Observation |
| QY18650/1800mAh-2S1P | Abnormal, overtemperature | 5 (USB-C input) | 0.49 | 65.8 | Fail, DUT did not stop charging |
| QY18650/1800mAh-2S1P | Normal | 5 (USB-C input) | 0.945 | 21.8 | Pass, 8.43 V bat. voltage |
| QY18650/1800mAh-2S1P | Normal | 5 (USB-C input) | 0.945 | 21.8 | Pass, 0.945 A max. |